TRINA A. HIGGINS, United States Attorney (#7349)
JAMIE Z. THOMAS, Assistant United States Attorney (#9420)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

FILED US District Court-UT
MAR 01 '23 PM04:15

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CLEMENTE CASTRACUCCO,<br><br>Defendant. | INDICTMENT<br><br>COUNTS 1-6: Bank Fraud, 18 U.S.C. § 1344<br><br>COUNTS 7-12: Aggravated Identity Fraud, 18 U.S.C. § 1028A<br><br>Case: 2:23-cr-00083<br>Assigned To : Parrish, Jill N.<br>Assign. Date : 2/28/2023 |

The Grand Jury Charges:

### COUNTS 1-6
18 U.S.C. § 1344
(Bank Fraud)

On or about November 9, 2022, and continuing to on or about December 16, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, knowingly devised and attempted to execute a scheme and artifice to defraud Bank of Utah, First Utah Bank, First Community Bank, and Zions Bank, all institutions insured by the Federal Deposit Insurance Corporation, to obtain moneys, funds, and property owned by and under the custody and control of the banks, by means of materially false and fraudulent pretenses

and representations. The scheme and artifice to defraud was that the defendant deposited counterfeited checks into accounts at the victim banks, then proceeded to fraudulently withdraw and attempt to withdraw funds from the bank accounts using account information and identification that did not belong to him, as follows:

| COUNT | DATE | BANK | CHECK PAYABLE TO | VICTIM | AMOUNT |
|---|---|---|---|---|---|
| 1 | 11/9/22 | First Utah Bank | Colt Builders | G.Y. | $7,500 |
| 2 | 11/9/22 | Bank of Utah | Moreton Capital | W.M. | $9,500 |
| 3 | 11/9/22 | Zions Bank | Whitaker Construction | M.W. | ~~$6,500~~ $4,500 |
| 4 | 11/10/22 | First Utah Bank | Arctic Circle | G.R. | $7,500 |
| 5 | 11/10/22 | First Community Bank | The Mobile Source of Utah | T.A. | $9,000 |
| 6 | 12/16/22 | Zions Bank | S.J.R. LLC | L.S. | $9,000 |

[handwritten annotation: JDS]

all in violation of 18 U.S.C. § 1344.

## COUNT 7
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about November 9, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, did knowingly transfer and possess and use, without lawful authority, a means of identification of another person, to wit: the identification of G.Y., an individual whose full identity is known to the Grand Jury, during an in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, in violation of 18 U.S.C. § 1344 as alleged in COUNT 1, which Count is incorporated herein by reference; knowing that the means of identification belonged to another actual person;

all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT 8
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about November 9, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, did knowingly transfer and possess and use, without lawful authority, a means of identification of another person, to wit: the identification of W.M., an individual whose full identity is known to the Grand Jury, during an in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, in violation of 18 U.S.C. § 1344 as alleged in COUNT 2, which Count is incorporated herein by reference; knowing that the means of identification belonged to another actual person;

all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT 9
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about November 9, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, did knowingly transfer and possess and use, without lawful authority, a means of identification of another person, to wit: the identification of M.W., an individual whose full identity is known to the Grand Jury, during an in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, in violation of 18 U.S.C. § 1344 as alleged in COUNT 3, which Count is incorporated herein by reference; knowing that the means of identification belonged to another actual person;

all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT 10
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about November 10, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, did knowingly transfer and possess and use, without lawful authority, a means of identification of another person, to wit: the identification of G.R., an individual whose full identity is known to the Grand Jury, during an in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, in violation of 18 U.S.C. § 1344 as alleged in COUNT 4, which Count is incorporated herein by reference; knowing that the means of identification belonged to another actual person;

all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT 11
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about November 10, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, did knowingly transfer and possess and use, without lawful authority, a means of identification of another person, to wit: the identification of T.A., an individual whose full identity is known to the Grand Jury, during an in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, in violation of 18 U.S.C. § 1344 as alleged in COUNT 5, which Count is incorporated herein by reference; knowing that the means of identification belonged to another actual person;

all in violation of 18 U.S.C. § 1028A(a)(1).

## COUNT 12
18 U.S.C. § 1028A
(Aggravated Identity Theft)

On or about December 16, 2022, in the District of Utah,

CLEMENTE CASTRACUCCO,

defendant herein, did knowingly transfer and possess and use, without lawful authority, a means of identification of another person, to wit: the identification of L.S.., an individual whose full identity is known to the Grand Jury, during an in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), to wit, Bank Fraud, in violation of 18 U.S.C. § 1344 as alleged in COUNT 6, which Count is incorporated herein by reference; knowing that the means of identification belonged to another actual person;

all in violation of 18 U.S.C. § 1028A(a)(1).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
JAMIE Z. THOMAS
Assistant United States Attorney